No. 91–6199. KENNEDY *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certio-

rari denied. JUSTICE BLACKMUN, JUSTICE O'CONNOR, and JUSTICE KENNEDY would grant certiorari.